PEOPLE, Respondent, v. BIDDISON, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Proceeding by the People against Samuel N. Biddison. With this case has been consolidated in this court cases bearing titles as follows: People v. Morris Berkowitz; Same v. Joseph Fuchs and Edward H. Strauss; Same v. John Green; Same v. Anthony Mareno; Same v. William Springer; Same v. Edgar A. Whitney. No opinions. Motions to dismiss appeals granted, unless the appellants have their appeals ready for argument at the December term. Orders filed.

PEOPLE, Respondent, v. BRADSHAW, Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Proceeding by the People of the State of New York against Henry Bradshaw. C. Fox, for appellant. A. A. Mayper, for the People. PER CURIAM. Judgment and order affirmed.

McLAUGHLIN and HOUGHTON, JJ., dissent. Order filed.

PEOPLE, Appellant, v. BRANNAN et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Proceeding by the People of the State of New York against John W. Brannan and others, as Commissioners of Public Charities of the City of New York and composing the Board of Trustees of Bellevue and Allied Hospitals. No opinion. Order unanimously affirmed, with costs.

PEOPLE, Respondent, v. BUCKLEY, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Proceeding by the People of the State of New York against James J. Buckley. With this case has been consolidated in this court cases bearing titles as follows: People v. Charles Baker; Same v. Charles Borghardt; Same v. Frank C. Brisco; Same v. Herbert R. Forbes; Same v. Helen Genne; Same v. John Norton; Same v. John Paraskevoupolas; Same v. William Press and Reuben Walpinsky; Same v. Santor Roda; Same v. Joseph Ripandello; Same v. Orseto Shillitoni; Same v. Frederick Schonland; Same v. Nicolatto Teneralla and Guiseppe Solomone. No opinions. Motions to dismiss appeals granted. Orders filed.

PEOPLE, Appellant, v. CAVANAGH, Respondent, et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Proceeding by the People of the State of New York against John G. Cavanagh, impleaded with others. No opinion. Order of the County Court of Kings county, sustaining demurrer to indictment, affirmed.

PEOPLE, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1909.) Proceeding by the People of the State of New York against the City of Syracuse. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over, within 20 days, upon payment of the costs of the demurrer and of this appeal. See, also, 128 App. Div. 702, 113 N. Y. Supp. 707.

PEOPLE, Respondent, v. COWAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Proceeding by the People of the State of New York against Jessie Bain Cowan. No opinion. Judgment of conviction of the County Court of Westchester county affirmed.

PEOPLE, Respondent, v. DUFFY, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Proceeding by the People of the State of New York against Frank Duffy, impleaded. A. Levy, for appellant. J. Palmieri, for the People. No opinion. Judgment and orders affirmed. Order filed.

PEOPLE, Respondent, v. EISENSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Proceeding by the People of the State of New York against Reuben Eisenstein. D. W. Rockmore, for appellant. A. A. Mayper, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. ENEA, Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Proceeding by the People of the State of New York against Vincenza Enea. Kiefer & Keir, for appellant. A. A. Mayper, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE v. FEDERAL BANK OF NEW YORK. (Supreme Court, Appellate Division, First Department. May, 1909.) Proceeding by the People of the State of New York against the Federal Bank of New York. No opinion. Application granted on conditions stated in memorandum per curiam. Settle order on notice.

PEOPLE v. FEDERAL BANK OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Proceeding by the People of the State of New York against the Federal Bank of New York. O. C. Sommerich, for appellant. G. W. Glaze, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE v. FISHER. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Proceeding by the People of the State of New York against Henry H. Fisher. No opinion. Motion granted, unless defendant serves printed case within 30 days and brings on appeal for argument at the next term of court, in which event motion denied.